## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| **Toymesha Sanders,** | ) | Case No. 19-07588 |
| | ) | |
| Debtor. | ) | **Judge A. Benjamin Goldgar** |
| | ) | **Lake County** |

### NOTICE OF MOTION

TO:   Office of Glenn Stearns, Chapter 13 Trustee, **via Electronic Court Notice**
Titlemax of Illinois Inc., 15 Bull Street, Suite 200, Savannah, GA 31401 **via US Mail**
Titlemax of Illinois Inc., Attn: Tracy Young, CEO, 1318 E Washington, East Peoria, IL 61611 **via US Mail**

YOU ARE HEREBY NOTIFIED that on June 28, 2019 at 11:00 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Goldgar, or any Judge sitting in his stead, in the Park City Branch Court, Courtroom B, 301 S. Greenleaf Avenue, Park City, Illinois, 60085 and then and there present the attached Objection to Claim of Titlemax (Claim No. 2) at which time you may appear if you so deem fit.

/s/ David H. Cutler

### CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he caused the above and foregoing Notice and attached Objection to be served on the Trustee via Electronic Court Notice and on TitleMax via regular U.S. Mail with postage prepaid from the mailbox located at 4131 Main St. Skokie, IL 60076, on May 29, 2019.

/s/ David H. Cutler

Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| **Toymesha Sanders,** | ) | Case No. 19-07588 |
| | ) | |
| Debtor. | ) | **Judge A. Benjamin Goldgar** |
| | ) | **Lake County** |

### DEBTORS' OBJECTION TO CLAIM OF
### TITLEMAX OF ILLINOIS, INC. (CLAIM NO. 2)

NOW COMES the Debtor, Toymesha Sanders, by and through her attorneys, Cutler & Associates, Ltd., and in support of his Objection to the Claim Titlemax of Illinois, Inc. (Claim No. 2) state as follows:

1. The Debtor filed her Chapter 13 Bankruptcy Petition on March 18, 2019.

2. Titlemax of Illinois Inc. ("Titlemax") filed a claim with the Bankruptcy Court on or about March 20, 2019 in the amount of $103.69. A copy of the claim is attached hereto and marked as Exhibit A.

3. Titlemax's claim alleged a secured claim in a 2003 Saturn Ion. However, the Debtor no longer has the car as it was involved in an accident. Based on information and belief, Titlemax was paid in full by an insurance company

4. Accordingly, the claim of Titlemax should be disallowed as a secured claim and be allowed as unsecured claim.

WHEREFORE, the Debtor, James and Kimberly Smith, prays for the following relief:

A. That Titlemax's Proof of Claim (Claim Number 2) be disallowed as a secured claim and allowed as an unsecured claim; and

B. For such other and further relief as this Court deems equitable and just.

                                              Respectfully Submitted,
                                              James and Kimberly Smith

Dated:  May 29, 2019

                                        By:              /s/ David H. Cutler
                                            One of the attorneys for the Debtors

Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600